IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
            v.               ) Criminal No. 08-274
                             )
ISAIAS HERNANDEZ-ROMERO,     )
        Defendant.           )

ORDER

AND NOW, this 31st day of July, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered July 28, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Tuesday, August 5, 2008 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.


                         BY THE COURT:


                         s/Gary L. Lancaster          ,J.
                         The Honorable Gary L. Lancaster,
                         United States District Judge

cc:   Ross E. Lenhardt,
      Assistant United States Attorney

      W. Penn Hackney,
      Assistant Federal Public Defender

      Ana Lahr,
      Court Interpreter

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation